David W. Fassett (DWF 1636)
ARSENEAULT & FASSETT, LLP
560 Main Street
Chatham, NJ 07928
(973) 635-3366
Attorneys for Defendant Ziggy's Auto Body, Inc.

---

| | |
|---|---|
| NIGEL BLAIR, | Civil No. 19-12480 (JMV) (JBC) |
| Plaintiff, | |
| v. | |
| ZIGGY'S AUTO BODY, INC., | |
| Defendant | |

## STIPULATION OF SETTLEMENT AND DISMISSAL
## WITH PREJUDICE AND WITHOUT COSTS

The parties having settled the matter in controversy and effectuated the settlement, the undersigned counsel hereby stipulate that this action, including without limitation Plaintiff's Complaint filed May 13, 2019 [Doc. 1], be and hereby is dismissed in its entirety with prejudice and without costs, with each party responsible for its own attorneys' fees and costs.

| KRAKOWER DI CHIARA LLC | ARSENEAULT & FASSETT, LLP |
|---|---|
| Attorneys for Plaintiff | Attorneys for Defendant |
| By: /s/ Todd Krakower | By: /s/ David W. Fassett |
| Dated: April 17, 2020 | Dated: April 17, 2020 |